UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DENNIS TOOLEY,** an Individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| **KATHERINE A. GREEN,** an Individual, | ) ) ) |
| and | ) ) |
| **SANSONE GROUP, LLC,** a Missouri Limited Liability Company, | ) ) ) |
| Defendants. | ) ) |

CASE NO.: 4:18-cv-00251-HEA

**JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached an agreement regarding all substantive issues in dispute. The parties are currently in the process of obtaining their respective client's signatures. The parties anticipate filing a joint stipulation for dismissal within twenty (20) days.

Dated: July 8, 2019

Respectfully Submitted,                                   Respectfully Submitted,

1

| | |
|---|---|
| */s/ Brian T. Ku*<br>Brian T. Ku, Esq.<br>Bar ID No.: 610461FL<br>Ku & Mussman, P.A.<br>18501 Pines Blvd, Suite 209-A<br>Pembroke Pines, FL 33029<br>Tel: (305) 891-1322<br>Fax: (305) 891-4512<br>brian@kumussman.com<br><br>Jeff S. Keech, MO #56100<br>The Law Offices of Jeff Keech<br>Chesterfield, MO  63017<br>Tel: (314) 576-9989<br>Fax: (305) 891-4512<br>jeffkeech@yahoo.com<br><br>*Attorneys for Plaintiff* | /s/ Bryan M. Kaemmerer           .<br>Bryan M. Kaemmerer #52998<br>Brian E. McGovern, #34677<br>MCCARTHY, LEONARD &<br>KAEMMERER, L.C.<br>825 Maryville Centre Dr., Ste. 300<br>St. Louis, Missouri 63017<br>Tel: (314) 392-5200<br>Fax: (314) 392-5221<br>bmcgovern@mlklaw.com<br>bkaemmerer@mlklaw.com<br><br>*Attorneys for Defendants Katherine A. Green and Sansone Group, LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of July, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to all attorneys of record.

                                               */s/ Brian T. Ku*
                                               Brian T. Ku, Esq.
                                               Bar ID No.: 610461FL