## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an Individual,<br><br>    Plaintiff,<br>vs.<br><br>KATHERINE A. GREEN,<br>an Individual,<br><br>and<br><br>SANSONE GROUP, LLC,<br>a Missouri Limited Liability Company,<br><br>    Defendants. | CASE NO.:  4:18-cv-00251-HEA |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANT KATHERINE A. GREEN

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendant KATHERINE A. GREEN, from this action without prejudice.

Dated: July 29, 2019      Respectfully Submitted,

              */s/ Brian T. Ku*
              Brian T. Ku, Esq.
              Bar ID No.: 610461FL
              Ku & Mussman, P.A.
              18501 Pines Blvd, Suite 209-A
              Pembroke Pines, FL 33029
              Tel: (305) 891-1322
              Fax: (305) 891-4512
              brian@kumussman.com

              Jeff S. Keech, MO #56100
              The Law Offices of Jeff Keech

        Chesterfield, MO  63017
        Tel: (314) 576-9989
        Fax: (305) 891-4512
        jeffkeech@yahoo.com
        (FL Bar #: 597155)
        Brian T. Ku, Esq.
        (FL Bar # 610461)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Bryan M. Kaemmerer, Esq.
Brian E. McGovern, Esq.
MCCARTHY, LEONARD &
KAEMMERER, L.C.
825 Maryville Centre Dr., Ste. 300
St. Louis, Missouri 63017

        */s/ Brian T. Ku*
        Brian T. Ku, Esq.
        Bar ID No.: 610461FL