<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

</div>

| | |
|---|---|
| **DENNIS TOOLEY,** an Individual, | ) ) ) |
| Plaintiff, | ) ) CASE NO.: 4:18-cv-00251-HEA |
| vs. | ) ) |
| **SANSONE GROUP, LLC,** a Missouri Limited Liability Company, | ) ) ) |
| Defendant. | ) ) |

<div style="text-align:center">

**STIPULATION OF DISMISSAL WITH PREJUDICE**

</div>

Plaintiff and Defendant Sansone Group, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: July 30, 2019

Respectfully Submitted,                              Respectfully Submitted,

1

<div style="display: flex;">
<div>

/s/ Brian T. Ku
Brian T. Ku, Esq.
Bar ID No.: 610461FL
Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512
brian@kumussman.com

Jeff S. Keech, MO #56100
The Law Offices of Jeff Keech
Chesterfield, MO  63017
Tel: (314) 576-9989
Fax: (305) 891-4512
jeffkeech@yahoo.com

*Attorneys for Plaintiff*

</div>
<div>

/s/ Bryan M. Kaemmerer             .
Bryan M. Kaemmerer #52998
Brian E. McGovern, #34677
MCCARTHY, LEONARD &
KAEMMERER, L.C.
825 Maryville Centre Dr., Ste. 300
St. Louis, Missouri 63017
Tel: (314) 392-5200
Fax: (314) 392-5221
bmcgovern@mlklaw.com
bkaemmerer@mlklaw.com

*Attorneys for Defendants Katherine A. Green and Sansone Group, LLC*

</div>
</div>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of July, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to all attorneys of record.

/s/ Brian T. Ku
Brian T. Ku, Esq.
Bar ID No.: 610461FL

2